# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149357

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ASHLY DRAKE SMITH,
      Defendant-Appellant.

SC: 149357
COA: 312721
Wayne CC: 12-004553-FC

_____/

      On order of the Court, the application for leave to appeal the April 1, 2014 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing whether the defendant was deprived of his right to the effective assistance of trial counsel. The parties should not submit mere restatements of their application papers.



s0930

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2014



Clerk